UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROSS EXPOSE, | No. 2:21-cv-1036 JAM AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| U.S. BANK NATIONAL ASSOCIATION, | |
| Defendant. | |

Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 17, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 3. On June 28, 2021, plaintiff filed objections to the findings and recommendations. ECF No. 4.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 17, 2021, are adopted in full; and

2. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED but that the complaint (ECF No. 1) is DISMISSED with prejudice because the court lacks jurisdiction and because it is duplicative of another case pending in this district.

DATED: July 29, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE